ELBERT C. FERGUSON, for appellee.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1411*—when judgment for plaintiff not disturbed. In an action for goods sold and delivered, where the evidence, while conflicting, is sufficient to support it, a judgment for plaintiff will not be disturbed.

2. EVIDENCE, § 67*—when properly excluded. It is not error to refuse to admit evidence which does not tend to prove any issue in dispute.

3. SALES, § 329*—when evidence supports verdict for plaintiff. In an action for goods sold and delivered, evidence held to support a verdict for plaintiff.

Morand Brothers, Appellee, v. Clyde R. Bates, trading as the Blackstone Buffet, Appellant.

Gen. No. 23,176.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed November 30, 1917.

## Statement of the Case.

Action by Morand Brothers, a corporation, plaintiff, against Clyde R. Bates, trading as the Blackstone Buffet, defendant, for goods sold and delivered. From a judgment for plaintiff for $56.42, defendant appeals.

BITHER & GOFF, for appellant.

No appearance for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 329*—*when evidence insufficient to show purchase on account of defendant.* In an action for goods sold and delivered, evidence *held* insufficient to show that defendant was the proprietor of the saloon for which they were purchased or that they were purchased on his account.

---

### John B. Joslyn, Appellee, v. Martha S. Simmons, Appellant.

### Gen. No. 23,183.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed November 30, 1917.

### Statement of the Case.

Attachment by John B. Joslyn, plaintiff, against Martha S. Simmons, defendant. From a judgment for plaintiff for $40.30, defendant appeals.

A. J. DEUTSCHMAN, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 13*—*when filing affidavit of claim instead of amended affidavit of attachment is not ground for*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.